FILED IN OPEN COURT
DATE _8/30/2022_
BY _Carruthers_
DEPUTY CLERK
Lynchburg_ DIVISION, W.D. of VA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# LYNCHBURG DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | )   Case No. 6:21-CR-00001 |
| v. | ) |
| | )   TRIAL STIPULATION # ___1___ |
| RICKY DONNELL ABNER | ) |
| CHARAY LAMONT TRENT | ) |

## STIPULATION

The United States of America and defendants Ricky Donnell Abner and Charay Lamont

Trent hereby stipulate and agree to the following evidence and agree that no additional evidence

need be introduced with respect to this matter:

> The following items of evidence were seized by the Drug Enforcement Administration ("DEA") and Lynchburg Police Department ("LPD") and are in the same material condition as when they were seized. The evidence has not been tampered with or changed by any party or by law enforcement in any meaningful way. The Defendants do not challenge the chain of custody for these items.

> Further, that a forensic chemist's certificate of analysis was produced after the testing of each of the identified items of evidence and that the Certificate of Analysis noted below is true and accurate and that, if the chemist had been called to the stand to testify, would have testified to the information contained in the exhibit.

| Government Exhibit No. | Exhibit | Date of Seizure |
|---|---|---|
| 225 | Government's Exhibit 225 contains plastic bags marked as DEA Exhibit 20 containing a substance that was tested and determined with scientific certainty to be 1.186 grams of cocaine, a Schedule II controlled substances, and 0.747 grams of cocaine, a Schedule II controlled substance | Government's Exhibit 225 was seized by the DEA on January 26, 2021 |
| 226 | Government's Exhibit 226 is a Certificate of Analysis produced by Forensic Scientist Carmen Masters after testing Government's Exhibit 225 | |

1

| Government Exhibit No. | Exhibit | Date of Seizure |
|---|---|---|
| 227 | Government's Exhibit 227 contains a plastic container marked as DEA Exhibit 22 containing a substance that was tested and determined with scientific certainty to be 0.730 grams of cocaine, a Schedule II controlled | Government's Exhibit 227 was seized by the DEA on January 26, 2021 |
| 228 | Government's Exhibit 228 is a Certificate of Analysis produced by Forensic Scientist Jeffrey Lamb after testing Exhibit 227 | |
| 229 | Government's Exhibit 229 contains a package marked as DEA Exhibit 24 containing a substance that was tested and determined with scientific certainty to be 994.70 grams of cocaine, a Schedule II controlled substance | Government's Exhibit 229 was seized by the DEA on January 26, 2021 |
| 230 | Government's Exhibit 230 is a Certificate of Analysis produced by Forensic Scientist Jeffrey Lamb after testing Exhibit 229 | |
| 231 | Government's Exhibit 231 contains a plastic container marked as DEA Exhibit 25 containing a substance that was tested and determined with scientific certainty to be 2.8 grams of cocaine, a Schedule II controlled substance | Government's Exhibit 231 was seized by the DEA on January 26, 2021 |
| 232 | Government's Exhibit 232 is a Certificate of Analysis produced by Forensic Scientist Jeffrey Lamb after testing Exhibit 231 | |
| 233 | Government's Exhibit 233 contains a plastic container marked as DEA Exhibit 26 containing a substance that was tested and determined with scientific certainty to be 1,973.7 grams of cocaine, a Schedule II controlled and 6.207 grams of cocaine base, a Schedule II controlled substance | Government's Exhibit 233 was seized by the DEA on January 26, 2021 |
| 234 | Government's Exhibit 234 is a Certificate of Analysis produced by Forensic Scientist Carmen Masters after testing Exhibit 233 | |
| 235 | Government's Exhibit 235 is a photograph taken by Forensic Scientist Carmen Masters during the examination of Government's Exhibit 233. The parties stipulate that Government's Exhibit 235 is a true and accurate depiction of how Government's Exhibit 233 appeared when it was examined. | |
| 236 | Government's Exhibit 236 is a photograph taken by Forensic Scientist Carmen Masters during the examination of Government's Exhibit 233. The parties stipulate that Government's Exhibit 236 is a true and accurate depiction of how Government's | |

2

| Government Exhibit No. | Exhibit | Date of Seizure |
|---|---|---|
| | **Exhibit 233 appeared when it was examined.** | |

Sean Welsh
Ronald M. Huber
Assistant United States Attorneys

Paul Beers
Counsel for Ricky Donnell Abner

Neil Horn
Counsel for Charay Lamont Trent

3