UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

CRIMINAL MINUTES – JURY TRIAL
Day 4

Case No.:  6:21CR00001-004, -005                Date:  September 1, 2022

| **Defendants:** | **Counsel:** |
|---|---|
| **Charay Lamont Trent (Bond) -004** | **Neil A. Horn (CJA)** |
| **Ricky Donnell Abner (Custody) -005** | **Paul G. Beers (CJA)** |

TIME IN COURT:  9:31 – 10:48; 11:05 – 12:35; 1:39 – 3:43; 4:01 – 5:09
(Total Time:  5 hours, 59 minutes)

PRESENT:
- JUDGE: Hon. Norman K. Moon
- Deputy Clerk: Carmen Amos
- Court Reporter: Judy Webb
- U. S. Attorney: Sean M. Welsh & Ronald M. Huber
- USPO: Sean Sweeney (via courtroom audio)
- Case Agent: Daniel Bailey, DEA/TFO
- Interpreter: N/A

LIST OF WITNESSES

| GOVERNMENT | DEFENDANT |
|---|---|
| 1. Special Agent George Ott, DEA<br>2. Daniel Bailey, DEA/TFO | 1. Roan Caldwell |

**PROCEEDINGS:**
All parties present to continue the trial in this matter.

- ☐ Preliminary remarks and instructions to jury by Court.
- ☐ Joint oral Motion to Exclude Witnesses from Courtroom.  Court grants motion.
- ☐ Opening Statements by counsel.
- ☒ Government continues presentation of evidence.
- ☒ Government rests at 2:12 p.m.
- ☒ Defendants make Motions for Judgment of Acquittal.
  Court ☐ grants ☒ denies ☐ takes under advisement.
- ☒ Defendant Trent presents evidence.  No evidence presented by Defendant Abner.
- ☒ Defendants rest at 2:32 p.m.
- ☒ Defendants renew Motions for Judgment of Acquittal.
  Court ☐ grants ☒ denies ☐ takes under advisement.

☐ Rebuttal evidence.
☐ Surrebuttal evidence.
☐ Closing Arguments.
☒ Jury Instructions given to Jury.
☒ Objections to Jury Instructions by U.S.A and Defendants as stated on the record.
☐ Jury retires to deliberate at Time retired.
☐ Jury returns at Time returned.
☐ Jury Verdict: Verdict?

| | | | |
|---|---|---|---|
| ☐ | Jury polled. | ☐ | Polling waived. |
| ☐ | Mistrial declared. | ☐ | Jury discharged. |

☐ Motions after verdict:
☐ Sentencing set for _____..
☐ Sentencing to be set by Clerk.
☐ Court orders Presentence Report.
☒ Defendant Ricky Abner remanded to custody.
☒ Defendant Charay Trent to remain on bond.

Additional Information:
Court stands in recess at 5:09 p.m.  Court will reconvene tomorrow at 9:30 a.m.